**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN**

SCOTT CAMPBELL,
    Plaintiff(s),

v.                                          Case No.   12-11496
                                       HON. BERNARD A. FRIEDMAN

KYM WORTHY, ET AL.,
    Defendant(s).
_____/

### NOTICE OF SCHEDULING CONFERENCE

You are notified to appear on **THURSDAY, NOVEMBER 1, 2012, AT 10:00 A. M.** in the chambers of Judge Bernard A. Friedman, Room #100, Theodore Levin U. S. Courthouse, 231 West Lafayette, Detroit, Michigan for a scheduling conference on the above-referenced action. PLEASE BE PREPARED TO DISCUSS THE FOLLOWING:

    A brief summary of the case and issues; including subject matter jurisdiction

    Relationship to other cases

    Necessity of amendments to pleadings, additional parties, third-party, etc.

    Discovery progress – **counsel is instructed to commence significant discovery prior to the conference.**

    Mediation and Motion filing.

The purpose of this conference is to make the court aware of the issues involved, to discuss the possibility of settlement, and to establish dates for discovery cut-off, settlement conference, motion cutoff, pretrial and trial.   Please be prepared to address all these issues.

Plaintiff in the above entitled case is directed to convene a conference with all counsel for the purpose of preparing a **joint discovery plan** in accordance with Fed. R. Civ. P. 26(f).   **The discovery plan must be electronically filed with the Clerk of the Court seven days prior to the scheduling conference.   If the court prepares and files a scheduling order based upon the submitted discovery plan; then the conference may be cancelled.**

The Court does not grant adjournments of scheduling conferences because trial counsel is unavailable.  **Arrangements for teleconference can be made for out of town counsel by calling me at (313) 234-5172; plaintiff to initiate call-in information for scheduling conference**.

October 12, 2012                    Carol L. Mullins
                                    Case Manager for the
                                    Hon. Bernard A. Friedman

I hereby certify, that on October 12, 2012, I served the
foregoing document on all parties using the CM/ECF system
or U.S. Mail.

Carol L. Mullins
Deputy Clerk