UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT CAMPBELL,

    Plaintiff,                                  Civil Action No. 12-CV-11496

vs.                                          HON. BERNARD A. FRIEDMAN

KYM WORTHY, et al.,

    Defendants.
_____/

## **J U D G M E N T**

        The Court has issued orders in this matter dismissing the complaint for lack of service as to defendants Worthy and County of Wayne, and granting the motion of the remaining defendants to dismiss or for summary judgment. Accordingly,

        IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff.

                                                DAVID J. WEAVER
                                                CLERK OF COURT

                                                By:\_ Carol L. Mullins\_\_
June 5, 2013                                        Deputy Clerk

Approved:\_\_s/ Bernard A. Friedman_____
          BERNARD A. FRIEDMAN
          SENIOR U.S. DISTRICT JUDGE